IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LEE VOGELSANG,

    Petitioner,                    No. 2:12-cv-0539 GEB EFB P

    vs.

WILLIAM KNIPP,

    Respondent.                 ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On July 13, 2012, petitioner filed a motion requesting that this court preclude his transfer to another institution during the pendency of the this action. Dckt. No. 6. Petitioner claims that a transfer to a different prison would interfere with his ability to litigate two cases he currently has pending before this court. *Id*. at 2.

    Inmates do not have a constitutional right to be housed at a particular facility or institution or to be transferred, or not transferred, from one facility or institution to another. *Olim v. Wakinekona*, 461 U.S. 238, 244-48 (1983). Apart from petitioner's conclusory statement, there is no indication that petitioner will not be able to litigate the cases he currently has pending in the District Court for the Eastern District of California.

1

1     Accordingly, it is ORDERED that petitioner's motion, Dckt. No. 6, is denied.

2 Dated: August 2, 2012.

                         EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE