1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY LEE VOGELSANG,

11              Petitioner,                    No. 2:12-cv-0539 GEB EFB P

12        vs.

13   WILLIAM KNIPP,

14              Respondent.             <u>ORDER</u>

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

17   28 U.S.C. § 2254.

18        On July 13, 2012, petitioner filed a motion requesting that this court preclude his transfer

19   to another institution during the pendency of the this action.  Dckt. No. 6.  Petitioner claims that

20   a transfer to a different prison would interfere with his ability to litigate two cases he currently

21   has pending before this court.  *Id*. at 2.

22        Inmates do not have a constitutional right to be housed at a particular facility or

23   institution or to be transferred, or not transferred, from one facility or institution to another.

24   *Olim v. Wakinekona*, 461 U.S. 238, 244-48 (1983).  Apart from petitioner's conclusory

25   statement, there is no indication that petitioner will not be able to litigate the cases he currently

26   has pending in the District Court for the Eastern District of California.

1         Accordingly, it is ORDERED that petitioner's motion, Dckt. No. 6, is denied.

2    Dated:  August 2, 2012.

3

4              EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE